UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

LAKELAND OFFICE SYSTEMS, INC. and )
LAKELAND FINANCIAL SERVICES, LLC., )
                                              )
       Plaintiffs,                      )
                                              )
v.                                         )        Case No. 16-CV-0273-CVE-FHM
                                              )
SURREY VACATION RESORTS, INC. d/b/a )
Grande Crowne Resorts and/or Dynamic )
Printing and/or Capital Resorts, CAPITAL )
RESORTS GROUP, LLC d/b/a Grande )
Crowne Resorts, and CJ PERME, )
                                              )
       Defendants.                 )

## DEFAULT JUDGMENT

Before the Court is plaintiffs' Motion for Default Judgment and Brief in Support (Dkt. # 51). The Court Clerk entered the default of defendants Surrey Vacation Resorts, Inc. d/b/a Grande Crowne Resorts (Surrey) and CJ Perme on September 27, 2016. Dkt. # 32. Plaintiffs now move for the entry of default judgment. Upon review of the record and the plaintiffs' motion, the Court finds that defendants Surrey and Perme have failed to file a responsive pleading or otherwise defend against plaintiffs' claims and that default judgment is warranted. The Court has reviewed plaintiffs' motion for default judgment and the attached evidence, and finds that plaintiffs' damages are capable of mathematical calculation and a hearing as to damages is unnecessary. See Marcus Food Co. v. DiPanfilo, 671 F.3d 1159, 1172 (10th Cir. 2011).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that plaintiffs' Motion for Default Judgment and Brief in Support (Dkt. # 51) is **granted**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that default judgment is hereby entered in favor of plaintiff Lakeland Office Systems, Inc. against defendants Surrey

Vacation Resorts, Inc. d/b/a Grande Crowne Resorts and CJ Perme. Defendant Surrey Vacations Resorts, Inc. d/b/a Grande Crowne Resorts is liable for damages in the amount of $124,355.46, plus pre-judgment interest in the amount of $9,367.64, plus post-judgment interest thereon from this date at the rate of 0.83% per annum. Defendant CJ Perme is jointly and severally liable to Lakeland Office Systems, Inc. for damages up to the amount of $6,872 and for pre-judgment interest up to the amount of $558.12, plus post-judgment interest at the rate of 0.83% per annum.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that default judgment is hereby entered in favor of plaintiff Lakeland Financial Services, LLC against defendants Surrey Vacation Resorts, Inc. d/b/a Grande Crowne Resorts and CJ Perme. Defendant Surrey Vacation Resorts, Inc. d/b/a Grande Crowne Resorts is liable for damages in the amount of $37,486.82, plus pre-judgment interest in the amount of $3,110.07, plus post-judgment interest thereon from this date at the rate of 0.83% per annum. Defendant CJ Perme is jointly and severally liable to Lakeland Financial Services, LLC for damages up to the amount of $17,775.24 and for pre-judgment interest up to the amount of $1,522.34, plus post-judgment interest at the rate of 0.83% per annum.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that upon application plaintiffs shall be awarded its costs and attorney fees as permitted by law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that defendant Capital Resorts Group, LLC was dismissed as a party for lack of personal jurisdiction, and plaintiffs have no claims remaining for adjudication. See Dkt. # 47. This default judgment is a final order terminating this case.

**DATED** this 3rd day of February, 2017.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE